DAY PITNEY LLP
(MAIL TO) P.O. BOX 1945, MORRISTOWN, N.J. 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, N.J. 07932-0950
(973) 966-6300

ATTORNEYS FOR MDS, Inc.
and MDS Pharma Services (US) Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MDS INC. and MDS PHARMA SERVICES (US) INC., | : HONORABLE Freda L. Wolfson<br>Civil Action No. 07-3207 (FLW) |
| Plaintiffs, | : |
| v. | : **STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |
| COVANCE INC. and NIGEL BROWN, | : |
| Defendants. | : |

The matter in difference in the above-entitled action having been amicably adjusted by and between Plaintiffs MDS Inc. and MDS Pharma Services (US) Inc. and Defendants Covance Inc. and Nigel Brown, it is hereby stipulated and agreed that the Complaint against Defendants be and the same is hereby dismissed with prejudice and without costs against either party.

| | |
|---|---|
| DAY PITNEY LLP<br>Attorneys for Plaintiffs<br>MDS Inc. and MDS Pharma<br>Services (US) Inc. | LITTLER MENDELSON, P.C.<br>Attorneys for Defendants<br>Covance Inc. and Nigel Brown |
| By: *Maureen C. Pavely*<br>MAUREEN C. PAVELY<br>For the Firm | By: *William J. Leahy*<br>WILLIAM J. LEAHY |
| Dated: | Dated: 3/18/08 |

-2-